## Thomas N. TWEH, Plaintiff–Appellant,

### v.

## Robert GREENE; Captain Payne; Sergeant Jeffers; Sergeant Tate; Doctor Dadgar; Anthony Sturgess; Doctor Davaris; P.A. D. Stansbury; Deputy Sheriff Green; Deputy Sheriff Sangco; Corporal Muhammad, Defendants–Appellees.

### No. 13–6002.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 4, 2013.

Thomas N. Tweh, Appellant Pro Se. Edward Barry Lattner, County Attorney's Office, Rockville, Maryland; Roger L. Wolfe, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas N. Tweh seeks to appeal the district court's order denying his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Tweh seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Miller v. Simmons,* 814 F.2d 962, 967 (4th Cir.1987). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*